ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Bonkers Girls Company ) ASBCA No. 61504
)
Under Contract No. W91GEU-07-C-0129 )

APPEARANCE FOR THE APPELLANT: Mr. Ali A. Hammoodi
  Owner

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT Jeremy D. Burkhart, JA
  Trial Attorney

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

By Order dated May 21, 2018, appellant was directed, within 21 days, to respond to the government's motion to dismiss for lack of subject matter jurisdiction or show cause why the appeal should not be dismissed for failure to prosecute. The Board received no response from appellant. Appellant likewise had failed to respond to an earlier Board order. Accordingly, this appeal is dismissed with prejudice under Board Rule 17.

Dated: June 28, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61504, Appeal of Bonkers Girls Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2